James S. Formby, Kansas City, for appellant.

Clyde G. Meise and H. William McIntosh of Meise, Cope, Coen & McIntosh, Kansas City, for respondent.

Before SOMERVILLE, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for rape and attempted rape in violation of § 566.030, RSMo 1978, and sodomy, in violation of § 566.060, RSMo 1978. Sentence was imposed by the court pursuant to § 558.018, RSMo 1978.

No jurisprudential purpose would be served by written opinion. The judgment is affirmed. All concur.

Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Donald B. NASH, Appellant.**

**No. WD 33929.**

Missouri Court of Appeals, Western District.

Oct. 18, 1983.

Lee M. Nation and Michael E. Curley of Nation & Curley, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.